AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RASHANN RICHARDSON,**

       **Petitioner,**

                        **JUDGMENT IN A CIVIL CASE**

**v.**

                        **CASE NO.   2:14-CV-1691**
**JASON BUNTING, WARDEN,**     **JUDGE EDMUND A. SARGUS, JR.**
                                           **MAGISTRATE JUDGE MARK R. ABEL**

       **Respondent.**

    ____   **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

    _X_   **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the OPINION AND ORDER filed December 2, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date:  December 2, 2014                        JOHN P. HEHMAN, CLERK

                                                      _/S/ Andy F. Quisumbing_
                                                      (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk